CHEMICAL NATIONAL BANK OF NEW YORK, as Executor and Trustee under the Will of ROGER R. HILL, Deceased, Respondent, *v.* SUSIE R. HILL et al., Respondents; BARBARA HILL et al., Respondents and Appellants, and AMERICAN NATIONAL RED CROSS, Appellant and Respondent.

(Argued September 30, 1929; decided October 8, 1929.)

*George W. Hinckley* for motion.

*Murray Hurlburt,* guardian ad litem.

*Frank H. Hiscock, Joseph M. Hartfield* and *Kenneth C. Johnson* opposed.

Motion to dismiss appeal by American National Red Cross denied, with ten dollars costs. Motion to dismiss appeal by Murray Hurlburt, individually and as guardian, etc., granted in so far as appeal is taken from order denying motion for reargument, and in other respects denied, without costs.